SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRIAN D. HARRISON  Bar No. 157123
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California  94105
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
Email: brian.harrison@sdma.com

Attorneys for Plaintiff
PHILADELPHIA INDEMNITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>SALINAS GOLF and COUNTRY CLUB, Inc., a California corporation and RUSSELL BAAR, an individual<br><br>Defendants. | CASE NO.  C08-01773 HRL<br><br>NOTICE OF DISMISSAL OF DEFENDANT RUSSELL BAAR<br><br>[FRCP 41(a)(1)(A)] |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Philadelphia Indemnity Insurance Company voluntarily dismisses from this action, without prejudice, defendant Russell Baar only.

DATED: April 15, 2008           SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:_____/s/Brian D. Harrison_____
BRIAN D. HARRISON
Attorneys for Plaintiff
PHILADELPHIA INDEMNITY INSURANCE COMPANY

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On April 15, 2008, I served the within document(s):

**NOTICE OF DISMISSAL OF DEFENDANT RUSSELL BAAR**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

Charles Keller, Esq                                *Attorneys for Defendants*
Fenton & Keller
P O Box 791
Monterey, CA, 93942-0791
Telephone: (831) 373-1241
Facsimile: (831) 373-7219

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 15, 2008, at San Francisco, California.

/s/ Quintella M. Griffin
Quintella M. Griffin