1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRIAN D. HARRISON  Bar No. 157123
2  One Market Plaza
   Steuart Tower, 8th Floor
3  San Francisco, California  94105
   Telephone: (415) 781-7900
4  Facsimile:  (415) 781-2635
   Email: brian. harrison@sdma.com
5

6  Attorneys for Plaintiff
   PHILADELPHIA INDEMNITY INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT
9
   NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
10

11 PHILADELPHIA INDEMNITY              CASE NO.  C08-01773 HRL
   INSURANCE COMPANY, a
12 Pennsylvania corporation,
                                       **DECLINATION TO PROCEED
13        Plaintiff,                   BEFORE A MAGISTRATE JUDGE
                                       AND REQUEST FOR
14        v.                           REASSIGNMENT TO A UNITED
                                       STATES DISTRICT JUDGE**
15 SALINAS GOLF and COUNTRY
   CLUB, Inc., a California corporation
16 and RUSSELL BAAR, an individual
17        Defendants.
18

19    REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT
   JUDGE:
20
        The undersigned party in the above-captioned civil matter hereby declines
21
   to consent to the assignment of this case to a United States Magistrate Judge for
22
   trial and disposition and hereby requests the reassignment of this case to a United
23
   States District Judge.
24
   DATED: May 6, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP
25

26
                              By:_____/s/Brian D. Harrison_____
27                               BRIAN D. HARRISON
                                 Attorneys for Plaintiff
28                               PHILADELPHIA INDEMNITY INSURANCE
                                 COMPANY