UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Philadelphia Indemnity Insurance Company<br>a Pennsylvania company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Salinas Golf and County Club, Inc.<br>a California corporation,<br><br>　　　　Defendant.<br>_____ / | No. C08-01773<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for July 22, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **July 25, 2008 at 10:30 a.m.**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on July 18, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

| | |
|---|---|
| Dated: May 7, 2008 | RICHARD W. WIEKING, Clerk<br>United States District Court<br><br>　/s/ *Patty Cromwell*<br>By: Patty Cromwell, Courtroom Deputy<br>to Magistrate Judge Howard R. Lloyd |

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Brian David Harrison     brian.harrison@sdma.com, quintella.griffin@sdma.com