1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRIAN D. HARRISON  Bar No. 157123
2  One Market Plaza
   Steuart Tower, 8th Floor
3  San Francisco, California  94105
   Telephone: (415) 781-7900
4  Facsimile:  (415) 781-2635
   Email: brian. harrison@sdma.com
5

6  Attorneys for Plaintiff
   PHILADELPHIA INDEMNITY INSURANCE COMPANY
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12  PHILADELPHIA INDEMNITY              CASE NO.  C08-01773
    INSURANCE COMPANY, a
13  Pennsylvania corporation,           **CERTIFICATE OF SERVICE RE CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
14          Plaintiff,

15     v.

16  SALINAS GOLF and COUNTRY
    CLUB, Inc., a California corporation
17  and RUSSELL BAAR, an individual

18          Defendants.

19
20
21
22
23
24
25
26
27
28

SF/1508603v1                            -1-                      CASE NO. C08-01773
                                CERIFICATE OF SERVICE

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On May 7, 2008, I served the within document(s):

**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

- ☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

- ☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- ☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

Randall E. Willoughby, Esq.                    Attorneys For Defendant
Willoughby Stuart & Bening
Fairmont Plaza
50 West San Fernando Street, Suite 400
San Jose, CA 95113

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 7, 2008, at San Francisco, California.

/s/ Quintella M. Griffin
Quintella Griffin

SF/1508606v1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Philadelphia Indemnity Insurance Company<br>a Pennsylvania company,<br><br>    Plaintiff,<br><br>v.<br><br>Salinas Golf and County Club, Inc.<br>a California corporation,<br><br>    Defendant.<br>_____/ | No. C08-01773<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

    PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for July 22, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **July 25, 2008 at 10:30 a.m.**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on July 18, 2008.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: May 7, 2008

RICHARD W. WIEKING, Clerk
United States District Court

/s/ Patty Cromwell
By: Patty Cromwell, Courtroom Deputy
to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Brian David Harrison    brian.harrison@sdma.com, quintella.griffin@sdma.com