1677.10859W

RANDALL E. WILLOUGHBY - 43177
REW@wsblaw.net
ELLYN E. NESBIT - 136398
EEN@wsblaw.net
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
(408) 289-1972
Facsimile: (408) 295-6375

Attorneys for Defendant
Salinas Golf and Country Club, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SALINAS GOLF and COUNTRY CLUB, Inc., a California corporation and RUSSELL BAAR, an individual<br><br>    Defendants. | No. C08 01773 JF<br><br>**CERTIFICATION OF NO INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: June 4, 2008                              WILLOUGHBY, STUART & BENING

                                            By:      /s/
                                                 Ellyn E. Nesbit, Esq.

Certification of No Interested Parties            1