1677.10859W

| | |
|---|---|
| 1 | RANDALL E. WILLOUGHBY - 43177 |
|   | REW@wsblaw.net |
| 2 | ELLYN E. NESBIT - 136398 |
|   | EEN@wsblaw.net |
| 3 | WILLOUGHBY, STUART & BENING, INC. |
|   | 50 W. San Fernando St., Suite 400 |
| 4 | San Jose, California 95113 |
|   | (408) 289-1972 |
| 5 | Facsimile: (408) 295-6375 |

Attorneys for Defendant
Salinas Golf and Country Club, Inc.

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) | No. C08 01773 JF |
| Plaintiff, | ) ) ) | **CERTIFICATION OF NO INTERESTED ENTITIES OR PERSONS** |
| vs. | ) ) | |
| SALINAS GOLF and COUNTRY CLUB, Inc., a California corporation and RUSSELL BAAR, an individual | ) ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: June 4, 2008                            WILLOUGHBY, STUART & BENING

By: _____/s/_____
    Ellyn E. Nesbit, Esq.

Certification of No Interested Parties          1