| | |
|---|---|
| *Attorney or Party without Attorney:*<br>ELLYN E. NESBIT, ESQ., #136398<br>WILOUGHBY, STUART & BENING<br>50 W. SAN FERNANDO ST., #400<br>SAN JOSE, CA 95113 | *For Court Use Only* |
| *Telephone No:* 408-289-1972 | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* 79574 |

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court Northern District Of California

*Plaintiff:* PHILADELPHIA INDEMNITY INSURANCE CO.
*Defendant:* SALINAS GOLF AND COUNTRY CLUB INC

| **PROOF OF SERVICE**<br>**S&C USDC** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C0801773JF |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT;; COUNTERCLAIM OF SALINAS GOLF & COUNTRY CLUB, INC.; EXHIBIT; ANSWER; ORDER SETTING INITIAL CASE MGMNT CONFERENCE & ADR DEADLINES; STANDARD ORDER RE; INITIAL CASE MGMNT & DISCOVERY DISPUTES; CONTENTS OF JOINT CASE MGMNT STMNT; STANDING ORDER RE CASE MGMNT IN CIVIL CASES; NOTICE OF DISMISSAL; NOTICE OF ELECTRONIC FILING OR OTHER CASE ACTIVITY; CERT. OF SERVICE; REASSIGNMENT ORDER; CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DIST. JUDGE.

3. a. Party served:          UNITED STATES LIABILITY INSURANCE COMPANY
   b. Person served:        LIZ RAY-LEGAL ASSISTANT

4. Address where the party was served:    801 S GRAND AVE
                                           9TH FLOOR
                                           LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 26, 2008 (2) at: 10:55AM

7. *Person Who Served Papers:*                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. VICTOR ENRIQUE MENDEZ              d. *The Fee for Service was:*   $72.50
   b. **COUNTY PROCESS SERVICE**         e. I am: (3) registered California process server
      31 EAST JULIAN STREET                     (i) Owner
      SAN JOSE, CA 95112                        (ii) Registration No.:    3428
   c. 408 297-6160                              (iii) County:             Los Angeles
                                                (iv) Expiration Date:     Thu, Feb. 11, 2010

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Jun. 30, 2008

                                                                    (VICTOR ENRIQUE MENDEZ)

Judicial Council Form                      PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007          S&C USDC                                       cps.19715