UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Philadelphia Indemnity Insurance Company

                     Plaintiff(s),

                     v.

Salinas Golf and Country Club, Inc.

                     Defendant(s).

CASE NO. 08-01773 JF

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓   Private ADR *(please identify process and provider)* _____

The parties in this action will participate in a mediation on July 29, 2008 set in the underlying action Hedberg v. Salinas Golf & Country Club. Charles G. Warner will serve as mediator.

The parties agree to hold the ADR session by:
    ✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: July 14, 2008

                                                                    Attorney for Plaintiff

Dated: July 15, 2008

                                                                    Attorney for Defendant/Counterclaimant
                                                                    Salinas Golf and Country Club, Inc.

Dated: _____

                                                                    Attorney for Counterdefendant
                                                                    United States Liability Ins. Co.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Philadelphia Indemnity Insurance Company

CASE NO. 08-01793 JF

Plaintiff(s),

v.

Salinas Golf and Country Club, Inc.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)  (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓    Private ADR *(please identify process and provider)* _____

The parties in this action will participate in a mediation on July 29, 2008 set in the underlying action Hedberg v. Salinas Golf & Country Club. Charles G. Warner will serve as mediator.

The parties agree to hold the ADR session by:
✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

     other requested deadline _____

Dated:_____

Dated:_____

Dated: July 15, 2008

Attorney for Plaintiff

Attorney for Defendant/Counterclaimant
Salinas Golf and Country Club, Inc.

Carolyn A. Mathews
Attorney for Counterdefendant
United States Liability Ins. Co.

| When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation." |
|---|

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
    Private ADR

Deadline for ADR session
    90 days from the date of this order.
    other

IT IS SO ORDERED.

Dated:_____  _____

                                                            UNITED STATES MAGISTRATE JUDGE