SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRIAN D. HARRISON  Bar No. 157123
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California  94105
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
Email: brian. harrison@sdma.com

Attorneys for Plaintiff
PHILADELPHIA INDEMNITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>SALINAS GOLF and COUNTRY CLUB, Inc., a California corporation and RUSSELL BAAR, an individual<br><br>Defendants. | CASE NO.  C08-01773<br><br>**CERTIFICATION OF NO INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16 the undersigned, on behalf of Philadelphia Indemnity Insurance Company, certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: July 18, 2008        SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:   /s/ *Brian D. Harrison*
        BRIAN D. HARRISON
        Attorneys for Plaintiff
        PHILADELPHIA INDEMNITY INSURANCE COMPANY