1677.10859W

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, | No.  C08 01773 JF |
| Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT** |
| vs. | Case Management Conference: July 25, 2008    10:00 a.m. |
| SALINAS GOLF and COUNTRY CLUB, Inc., a California corporation and RUSSELL BAAR, an individual | Courtroom 3 |
| Defendants. | Honorable Judge Jeremy Fogel |
| SALINAS GOLF and COUNTRY CLUB, Inc., a California corporation | |
| Counterclaimant, | |
| vs. | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation; and UNITED STATES LIABILITY INSURANCE COMPANY, a Pennsylvania corporation, | |
| Counterdefendants. | |

Pursuant to Civil Local Rule 16-9, the parties hereby submit the following Joint Case Management Statement:

1  **1.**    <u>**Jurisdiction and Service**</u>:    This Court has jurisdiction pursuant to 28 U.S.C.

2  §1332(a) and 28 U.S.C. §1367(a).  The parties are citizens of different states, and the matter

3  in controversy exceeds $75,000 exclusive of interest and costs.

4        All parties have been served.

5

6  **2.**    <u>**Facts:**</u>    This is an action for declaratory judgment regarding insurance coverage.

7  Salinas Golf has also counterclaimed for breach of contract and breach of the covenant of

8  good faith and fair dealing.  This coverage action arises out of an underlying action

9  captioned *Christina Pitri and Robert Hedberg v. Salinas Golf and Country Club, Inc.* filed in

10  Monterey County.   Christina Pitri has settled her claims against Salinas Golf.  Hedberg's

11  action against Salinas Golf is still pending.  Hedberg alleges claims of wrongful discharge

12  and violation of the unfair competition law.

13        United States Liability Insurance (USLI) agreed to defend the entire underlying

14  complaint, including what USLI describes was a "courtesy defense" of the claims made by

15  Hedberg.  However, when Pitri settled her claims against Salinas Golf, USLI withdrew its

16  defense, and contends that it has no duty to defend the *Hedberg* action.   Philadelphia

17  Indemnity thereafter agreed to defend the *Hedberg* action, but contends that it does not owe

18  a duty to defend and that it is entitled to reimbursement of defense costs and any settlement

19  payment.

20

21  **3.**    <u>**Legal Issues:**</u>  The principal legal issues which the parties dispute:

22        Whether one or both insurers have a duty to defend the *Hedberg* action.

23        Whether one or both insurers have a duty to indemnify settlement or
         judgment in the *Hedberg* action.
24
         Whether Philadelphia Indemnity is entitled to reimbursement.
25
         Whether the insurers are liable for breach of the covenant of good faith
26        and fair dealing.

27

28

Joint Case Management Statement

2

1  **4.**    **Motions:**  No motions are currently pending.

2      Salinas Golf plans to file a motion for summary judgment/partial summary judgment.

3      USLI plans to file a 12(b)(6) and 12(e) motion.  USLI plans to file a motion for
       summary/partial summary judgment.

4

5      Philadelphia Indemnity plans to file a motion for summary judgment/partial summary
       judgment

6

7  **5.**    **Amendment of Pleadings:**

8      Philadelphia Indemnity dismissed Russell Baar from the action on April 15, 2008.
       Philadelphia Indemnity does not anticipate any amendment to the pleadings.

9      At this time, Salinas Golf does not anticipate any amendment to the pleadings.

10

11  **6.**    **Evidence Preservation:**   The parties agree that all potentially relevant evidence will

12  be preserved.

13

14  **7.**    **Disclosures:**   United States Liability Insurance Company has recently been brought

15  into this action as a counterdefendant (USLI was served on June 26, 2008).  Counsel for all

16  parties have agreed to a mutual Rule 26 disclosure date of July 25, 2008.

17

18  **8.**    **Discovery:**    No discovery has been served to date.

19      Discovery Plan pursuant to F.R.C.P. 26f:

20      (A)  Counsel for all parties have agreed to a mutual Rule 26 disclosure date of July

21  25, 2008.

22      (B)

23      Philadelphia Indemnity plans to conduct discovery regarding the circumstances of the

24  claimed loss.

25      Salinas Golf plans to conduct discovery relating to the issues of the insurers'

26  obligations to defend and indemnify under their respective policies, and regarding the issue

27  of the insurers' bad faith claims handling.

28      USLI plans to conduct discovery regarding the circumstances of the claimed loss.

Joint Case Management Statement

1    The parties propose a discovery cutoff of July, 2009

2        (C)    The parties agree that all potentially relevant evidence will be preserved.

3        (D)    If issues regarding privilege should arise, the parties will discuss stipulating to a

4    protective order.

5        (E)    At this time, the parties do not anticipate the need for limitations or

6    modifications of the discovery rules.

7        (F)    At this time, the parties are not aware of any other orders that the court should

8    issue under Rule 26(c) or under Rule 16(b) and (c).

9

10    **9.**    **Class Actions:**   This action is not a class action.

11

12    **10.**    **Related Cases:**   The underlying case as to which Salinas Golf seeks defense and

13    indemnity is captioned *Christina Pitri and Robert Hedberg v. Salinas Golf and Country*

14    *Club, Inc.*, Monterey Superior Court Case No. M77015. Christina Pitri has settled her claims

15    against Salinas Golf. The action by Robert Hedberg against Salinas Golf is still pending.

16

17    **11.**    **Relief:**

18        Philadelphia Indemnity seeks declaratory relief and reimbursement in its complaint.

19        Salinas Golf seeks declaratory relief, policy benefits (defense expenses and indemnity

20    of settlement or judgment), other damages according to proof, attorneys fees, punitive

21    damages.

22        USLI will seek declaratory relief and reimbursement in a counterclaim.

23

24    **12.**    **Settlement and ADR:**   The parties have agreed to participate in a mediation set in

25    the underlying action for July 29, 2008.   Charles G. Warner will serve as mediator.

26

27    **13.**    **Consent to Magistrate Judge for All Purposes:**

28        The parties do not consent to a magistrate judge.

1   **14.    Other References:**    The parties do not believe that this case is suitable for reference

2   to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

3

4   **15.    Narrowing of Issues:**

5         Salinas Golf anticipates that the scope of the issues for trial can be narrowed by a

6   motion for partial summary judgment.

7         USLI agrees that the scope of the issues for trial can be narrowed by a motion for

8   summary/partial summary judgment.

9

10  **16.    Expedited Schedule:**  The parties anticipate normal rather than expedited

11  scheduling.

12

13  **17.    Scheduling:**    The parties propose the following dates:

14        Designation of experts:    May, 2009

15        Discovery cutoff:      July, 2009

16        Last date for hearing of dispositive motions:   May, 2009

17        Pretrial conference:   July, 2009

18        Trial:   August, 2009

19

20  **18.    Trial:**   Philadelphia Indemnity and Salinas Golf have demanded a jury trial.

21        Salinas Golf estimates that the length of trial will be 3-5 days.

22        Philadelphia Indemnity esimates a 2-3 day trial.

23

24  **19.    Disclosure of Non-party Interested Entities or Persons:**

25        Philadelphia Indemnity has filed its certification of no interested entities or persons.

26        Salinas Golf:    Salinas Golf has filed its certification of no interested entities or

27  persons.

28        USLI will file its certification of no interested entities or persons on July 21, 2008.

20. **Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter:**

At this time, the parties are not aware of any such matters.

SEDGWICK, DETERT, MORAN & ARNOLD

Dated: July 18, 2008

Brian D. Harrison, Esq.
Counsel for Plaintiff/Counter-defendant
Philadelphia Indemnity Insurance Co.

WILLOUGHBY, STUART & BENING

Dated: _____

Randall E. Willoughby, Esq.
Ellyn E. Nesbit, Esq.
Counsel for Defendant/Counterclaimant
Salinas Golf and Country Club

MURCHISON & CUMMING

Dated: _____

Bryan M. Weiss, Esq.
Carolyn A. Mathews
Counsel for Counterdefendant
United States Liability Insurance

**20.** **Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter:**

At this time, the parties are not aware of any such matters.

SEDGWICK, DETERT, MORAN & ARNOLD

Dated: _____

_____
Brian D. Harrison, Esq.
Counsel for Plaintiff
Philadelphia Indemnity Insurance Co.

WILLOUGHBY, STUART & BENING

Dated: July 18, 2008

_____
Randall E. Willoughby, Esq.
Ellyn E. Nesbit, Esq.
Counsel for Defendant/Counterclaimant
Salinas Golf and Country Club

MURCHISON & CUMMING

Dated: _____

_____
Bryan M. Weiss, Esq.
Carolyn A. Mathews
Counsel for Counterdefendant
United States Liability Insurance

20.  **Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter:**

At this time, the parties are not aware of any such matters.

SEDGWICK, DETERT, MORAN & ARNOLD

Dated: _____

_____
Brian D. Harrison, Esq.
Counsel for Plaintiff
Philadelphia Indemnity Insurance Co.

WILLOUGHBY, STUART & BENING

Dated:_____

_____
Randall E. Willoughby, Esq.
Ellyn E. Nesbit, Esq.
Counsel for Defendant/Counterclaimant
Salinas Golf and Country Club

MURCHISON & CUMMING

Dated: July 18, 2008

_Carolyn A Mathews_
_____
Bryan M. Weiss, Esq.
Carolyn A. Mathews
Counsel for Counterdefendant
United States Liability Insurance

Joint Case Management Statement

6