1677.10859W

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SALINAS GOLF and COUNTRY CLUB, Inc., a California corporation and RUSSELL BAAR, an individual<br><br>Defendants.<br><br>_____<br><br>SALINAS GOLF and COUNTRY CLUB, Inc., a California corporation<br><br>Counterclaimant,<br><br>vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation; and UNITED STATES LIABILITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Counterdefendants.<br>_____ | No. C08 01773 JF<br><br>**RULE 26f Report**<br><br>Case Management Conference: July 25, 2008    10:00 a.m.<br><br>Courtroom 3<br><br>Honorable Judge Jeremy Fogel |

Rule 26f Report

1

Counsel for the parties report the following regarding the Rule26(f) issues:

(1) United States Liability Insurance Company has recently been brought into this action as a counterdefendant (USLI was served on June 26, 2008). Counsel for all parties have agreed to a mutual Rule 26 disclosure date of July 25, 2008.

(2) The parties plan to initially conduct discovery sufficient to support and oppose a motion for summary judgment/partial summary judgment, with additional discovery to be conducted after the scope of the action is determined by the Court's ruling on the summary judgment motion.

(3) The parties propose the following dates:

Designation of experts:   May, 2009

Discovery cutoff:   July, 2009

Last date for hearing of dispositive motions:   May, 2009

Pretrial conference:   July, 2009

Trial:   August, 2009

(4)   No other orders are requested at this time.

SEDGWICK, DETERT, MORAN & ARNOLD

Dated: _____

_____
Brian D. Harrison, Esq.
Counsel for Plaintiff
Philadelphia Indemnity Insurance Co.

Rule 26f Report

2

Counsel for the parties report the following regarding the Rule26(f) issues:

(1) United States Liability Insurance Company has recently been brought into this action as a counterdefendant (USLI was served on June 26, 2008). Counsel for all parties have agreed to a mutual Rule 26 disclosure date of July 25, 2008.

(2) The parties plan to initially conduct discovery sufficient to support and oppose a motion for summary judgment/partial summary judgment, with additional discovery to be conducted after the scope of the action is determined by the Court's ruling on the summary judgment motion.

(3) The parties propose the following dates:

Designation of experts:   May, 2009

Discovery cutoff:   July, 2009

Last date for hearing of dispositive motions:   May, 2009

Pretrial conference:   July, 2009

Trial:   August, 2009

(4) No other orders are requested at this time.

SEDGWICK, DETERT, MORAN & ARNOLD

Dated: July 18, 2008

Brian D. Harrison, Esq.
Counsel for Plaintiff/Counter-defendant
Philadelphia Indemnity Insurance Co.

Rule 26f Report

1
2
3   Dated: July 18, 2008

WILLOUGHBY, STUART & BENING

Ellyn Nesbit
Randall E. Willoughby, Esq.
Ellyn E. Nesbit, Esq.
Counsel for Defendant/Counterclaimant
Salinas Golf and Country Club

4
5
6
7
8

MURCHISON & CUMMING

9
10  Dated: _____

Bryan M. Weiss, Esq.
Carolyn A. Mathews
Counsel for Counterdefendant
United States Liability Insurance

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rule 26f Report

3

|   |   |   |
|---|---|---|
| 1 |   | WILLOUGHBY, STUART & BENING |
| 2 |   |   |
| 3 | Dated:_____ |   |
| 4 |   | Randall E. Willoughby, Esq.<br>Ellyn E. Nesbit, Esq.<br>Counsel for Defendant/Counterclaimant<br>Salinas Golf and Country Club |
| 7 |   |   |
| 8 |   | MURCHISON & CUMMING |
| 9 | Dated: July 18, 2008 | *Carolyn A. Mathews* |
| 10 |   | Bryan M. Weiss, Esq.<br>Carolyn A. Mathews<br>Counsel for Counterdefendant<br>United States Liability Insurance |

Rule 26f Report

3