1 | Bryan M. Weiss (SBN 128679)
   bweiss@murchisonlaw.com
2 | Carolyn A. Mathews (SBN 137430)
   cmathews@murchisonlaw.com
3 | **MURCHISON & CUMMING, LLP**
4 | 801 South Grand Avenue, 9th Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
5 | Facsimile: (213) 623-6336

6 | Attorneys for Counterdefendant,
UNITED STATES LIABILITY
7 | INSURANCE COMPANY

8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11 |

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation, | CASE NO. C08 01773 JF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING COUNTERDEFENDANT UNITED STATES LIABILITY INSURANCE COMPANY'S MOTION FOR DISMISSAL OF COUNTERCLAIM AND MOTION FOR A MORE DEFINITE STATEMENT** |
| vs. | |
| SALINAS GOLF and COUNTRY CLUB, Inc., a California corporation, and RUSSELL BAAR, an individual, | Date: September 26, 2008<br>Time: 9:00 a.m.<br>Crtrm.: 3 |
| Defendants. | |
| SALINAS GOLF and COUNTRY CLUB, Inc., a California corporation, | Trial Date: None |
| Counterclaimant, | |
| vs. | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation; and UNITED STATES LIABILITY INSURANCE COMPANY, a Pennsylvania corporation, | |
| Counterdefendants. | |

28 | / / /

[PROPOSED] ORDER            1            C08 01773 JF

GOOD CAUSE APPEARING THEREFOR:

Pursuant to Counterdefendant UNITED STATES LIABILITY INSURANCE COMPANY'S ("USLI") Motion for Dismissal of Counterclaimant SALINAS GOLF AND COUNTY CLUB, INC.'S (the "Club") Counterclaim and, in the Alternative, Motion for a More Definite Statement pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(e), the Court makes the following Orders:

1. The Club's First Cause of Action for Breach of Contract fails to state a claim upon which relief can be granted against USLI and it is dismissed as to USLI;

2. The Club's Second Cause of Action for Breach of the Implied Covenant of Good Faith and Fair Dealing fails to state a claim upon which relief can be granted against USLI and it is dismissed as to USLI;

3. The Club's Counterclaim is so vague and ambiguous that USLI cannot reasonably be required to frame a responsive pleading and USLI'S Motion for a More Definite Statement is Granted as to the Club's punitive damage claims. The Club is ordered to file and serve a more definite statement on or before _____, 2008.

Dated: September ___, 2008

_____

Honorable Jeremy Fogel
United States District Court Judge

J:\BMW\28606\PLD\Proposed.Ord.CAM

[PROPOSED] ORDER      2      C08 01773 JF

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, 9th Floor, Los Angeles, California 90017-4613.

On July 21, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING COUNTERDEFENDANT UNITED STATES LIABILITY INSURANCE COMPANY'S MOTION FOR DISMISSAL OF COUNTERCLAIM AND MOTION FOR A MORE DEFINITE STATEMENT** on the interested parties in this action as follows:

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Pursuant to the E-Filing System of the United States District Court, Northern District of California, to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 21, 2008, at Los Angeles, California.

_____
DOLORES CONTRERAS

[PROPOSED] ORDER                              3                              C08 01773 JF