**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, July 25, 2008
**Case Number:** CV-08-1773-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:    **PHILADELPHIA INDEMNITY INSURANCE CO. V. SALINAS GOLF AND COUNTY CLUB, ET AL**

| PLAINTIFF | DEFENDANT |
|---|---|
| Attorneys Present: Brian Harrison | Attorneys Present: Carolyn Mathews, Randall Willoughby |

---

PROCEEDINGS:

   Case management conference held.  Parties are present.  Case is set for hearing motions and further case management conference on 12/19/08 at 9:00 a.m.