1  Bryan M. Weiss      (SBN 128679)
   Carolyn A. Mathews  (SBN 137430)
2  **MURCHISON & CUMMING, LLP**
   801 South Grand Avenue, 9th Floor
3  Los Angeles, California  90017-4613
   Telephone:  (213) 623-7400
4  Facsimile:  (213) 623-6336
   Email:      bweiss@murchisonlaw.com
5              cmathews@murchisonlaw.com

6  Attorneys for Counterdefendant,
   UNITED STATES LIABILITY
7  INSURANCE COMPANY

**E-Filed 9/24/08**

8                    UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

10

11 | PHILADELPHIA INDEMNITY       CASE NO. C08 01773 JF
      INSURANCE COMPANY, a
12    Pennsylvania Corporation,     **STIPULATION TO CONTINUE
                                    HEARING OF MOTION FOR
13              Plaintiff,          DISMISSAL AND [PROPOSED]
                                    ORDER**
14         vs.

15 SALINAS GOLF and COUNTRY
   CLUB, Inc., a California corporation,
16 and RUSSELL BAAR, an individual,
                                    Date:   September 26, 2008
17              Defendants.         Time:   9:00 a.m.
                                    Crtrm:  3
18 
   SALINAS GOLF and COUNTRY
19 CLUB, Inc., a California corporation,

20              Counterclaimant,

21         vs.

22 PHILADELPHIA INDEMNITY
   INSURANCE COMPANY, a
23 Pennsylvania corporation; and UNITED
   STATES LIABILITY INSURANCE
24 COMPANY, a Pennsylvania
   corporation,
25 
                Counterdefendants.
26

27 //
   //
28

1                                                    C08 01773 JF

WHEREAS, counterclaimant SALINAS GOLF and COUNTRY CLUB ("Salinas") and counterdefendant UNITED STATES LIABILITY INSURANCE COMPANY ("USLI") have orally agreed upon a settlement and are currently in the process of completing and documenting their agreement;

The parties to the counterclaim herein, by their respective attorneys, hereby agree and stipulate that USLI'S Motion for Dismissal of Counterclaim and, in the Alternative, Motion for More Definite Statement pursuant to FRCP 12(b)(6) and 12(e) be continued for a period of approximately 30 days to a date convenient to the Court to allow for completion of the settlement and dismissal of the Counterclaim.

DATED:   September 19, 2008.   **MURCHISON & CUMMING, LLP**

By: _Carolyn A. Mathews_
Bryan M. Weiss
Carolyn A. Mathews
Attorneys for Counterdefendant,
UNITED STATES LIABILITY
INSURANCE COMPANY

DATED: September ___, 2008.   **WILLOUGHBY, STUART & BENNING, INC.**

By: _____
Ellyn Elizabeth Nesbit
Attorneys for Countercomplainant,
SALINAS GOLF AND COUNTRY
CLUB, INC.

DATED: September ___, 2008.   **SEGWICK, DETERT, MORAN & ARNOLD, LLP**

By: _____
Brian David Harrison
Attorneys for Counterdefendant,
PHILADELPHIA INDEMNITY
INSURANCE COMPANY

C08 01773 JF

1  WHEREAS, counterclaimant SALINAS GOLF and COUNTRY CLUB
2  ("Salinas") and counterdefendant UNITED STATES LIABILITY INSURANCE
3  COMPANY ("USLI") have orally agreed upon a settlement and are currently in the
4  process of completing and documenting their agreement;

5  The parties to the counterclaim herein, by their respective attorneys, hereby agree
6  and stipulate that USLI'S Motion for Dismissal of Counterclaim and, in the Alternative,
7  Motion for More Definite Statement pursuant to FRCP 12(b)(6) and 12(e) be continued
8  for a period of approximately 30 days to a date convenient to the Court to allow for
9  completion of the settlement and dismissal of the Counterclaim.

10

11  DATED:  September 19, 2008.        **MURCHISON & CUMMING, LLP**

12
13                                     By: _____
14                                        Bryan M. Weiss
                                          Carolyn A. Mathews
15                                        Attorneys for Counterdefendant,
                                          UNITED STATES LIABILITY
16                                        INSURANCE COMPANY

17  DATED: September 19, 2008.         **WILLOUGHBY, STUART & BENNING, INC.**

18
19                                     By: _____
20                                        Ellyn Elizabeth Nesbit
                                          Attorneys for Countercomplainant,
21                                        SALINAS GOLF AND COUNTRY
                                          CLUB, INC.
22
23  DATED: September ___, 2008.        **SEGWICK, DETERT, MORAN & ARNOLD, LLP**

24
25                                     By: _____
26                                        Brian David Harrison
                                          Attorneys for Counterdefendant,
27                                        PHILADELPHIA INDEMNITY
                                          INSURANCE COMPANY
28

2                                      C08 01773 JF

1  WHEREAS, counterclaimant SALINAS GOLF and COUNTRY CLUB
2  ("Salinas") and counterdefendant UNITED STATES LIABILITY INSURANCE
3  COMPANY ("USLI") have orally agreed upon a settlement and are currently in the
4  process of completing and documenting their agreement;

5  The parties to the counterclaim herein, by their respective attorneys, hereby agree
6  and stipulate that USLI'S Motion for Dismissal of Counterclaim and, in the Alternative,
7  Motion for More Definite Statement pursuant to FRCP 12(b)(6) and 12(e) be continued
8  for a period of approximately 30 days to a date convenient to the Court to allow for
9  completion of the settlement and dismissal of the Counterclaim.

10

11  DATED:  September 19, 2008.        **MURCHISON & CUMMING, LLP**

12
                                      By: _____
13                                         Bryan M. Weiss
14                                         Carolyn A. Mathews
                                           Attorneys for Counterdefendant,
15                                         UNITED STATES LIABILITY
                                           INSURANCE COMPANY

16
17  DATED: September ___, 2008.        **WILLOUGHBY, STUART & BENNING,
                                       INC.**
18
19                                     By: _____
20                                         Ellyn Elizabeth Nesbit
                                           Attorneys for Countercomplainant,
21                                         SALINAS GOLF AND COUNTRY
                                           CLUB, INC.

22
23  DATED: September /9, 2008.         **SEGWICK, DETERT, MORAN &
                                       ARNOLD, LLP**

24
25                                     By: _____
                                           Brian David Harrison
26                                         Attorneys for Counterdefendant,
                                           PHILADELPHIA INDEMNITY
27                                         INSURANCE COMPANY

28

                                    2                         C08 01773 JF

1

## O R D E R

2

3      Pursuant to the Stipulation of the parties, the hearing of Counterdefendant

4   UNITED STATES LIABILITY INSURANCE COMPANY's Motion for Dismissal

5   and, in the Alternative, for a More Definite Statement Pursuant to FRCP 12(b)(6) and

6   12(e), is continued to October 31___, 2008 at 9:00 a.m. in Courtroom 3 of this Court.

7

8   DATED:___9/24/08_____

9                                    HONORABLE JEREMY FOGEL
                                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   BMW\28606\MTN\STIP-091908-CAM

3                                              C08 01773 JF