**E-Filed 10/29/08**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>SALINAS GOLF AND COUNTRY CLUB, INC., et al.,<br><br>    Defendants. | Case Number C 08-1773 JF (HRL)<br><br>ORDER OF DISMISSAL |

The parties have advised the Court that they have agreed to a settlement of this case.

IT IS HEREBY ORDERED that the case be dismissed with prejudice. However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

Dated: October 29, 2008

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-1773 JF (HRL)
ORDER OF DISMISSAL
(JFLC2)

Copies of Order served on:

Brian David Harrison brian.harrison@sdma.com, quintella.griffin@sdma.com, sdmacalendaring@sdma.com

Edmund G. Farrell , III efarrell@murchisonlaw.com

Ellyn Elizabeth Nesbit een@wsblaw.net, pmb@wsblaw.net

Kasey C. Townsend ktownsend@murchisonlaw.com, edavis@murchisonlaw.com

2

Case No. C 08-1773 JF (HRL)
ORDER OF DISMISSAL
(JFLC2)